Case 3:23-cv-00323   Document 18   Filed on 03/04/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
March 04, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| JUSTIN LENTINI, | § § § § § § § § § § | |
| Plaintiff, | | |
| VS. | | 3:23-cv-323 |
| SODEXO, INC. | | |
| Defendant. | | |

## **ORDER**

The court has been advised that a settlement has been reached between the plaintiff and the defendant. Accordingly, the court orders that all claims against the defendant in the above-styled case are dismissed with prejudice to refiling, unless either party represents in a writing filed with the court on or before Friday, May 3, 2024, that the settlement could not be completely documented. If the parties wish the case disposed of on an agreed final judgment rather than this order, it must be submitted to the court on or before Friday, May 3, 2024.

Signed on Galveston Island this 4th day of March, 2024.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE